UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

**JUN 1 1 2009**

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA §
§
V. § CR. NO. C-09-221
§
JOSE LUIS CRUZ-VELEZ §

## **VERDICT OF THE JURY**

We, the Jury, find the defendant, JOSE LUIS CRUZ-VELEZ,

_Guilty_____, as charged in Count One of the indictment.
"Guilty" or "Not Guilty"

DATED: _6-11-2009_



Presiding Juror